UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA BERK,

                      Plaintiff,

      -against-

THE CITY OF NEW YORK, ET AL.,

                      Defendants.

20-CV-2490 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

      By order dated August 13, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). Under 28 U.S.C. § 1367(c), the Court dismisses without prejudice any state law claims that Plaintiff may be asserting.

SO ORDERED.

Dated:  October 16, 2020
            New York, New York

                                                       *Louis L. Stanton*
                                                        Louis L. Stanton
                                                           U.S.D.J.