UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA BERK,

                Plaintiff,

    -against-

CITY OF NEW YORK, ET AL,

                Defendants.

20-CV-2490 (LLS)

CIVIL JUDGMENT

---

    Pursuant to the order issued October 16, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    October 16, 2020
            New York, New York

                                            /s/ Louis L. Stanton
                                                 Louis L. Stanton
                                                    U.S.D.J.